UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RODOLFO ANTONIO ANDRADE,

Petitioner,

v.

CYNTHIA ROJOS,

Respondent.

Case No. 26-cv-01814-RFL (PR)

**ORDER OF TRANSFER**

Petitioner Rodolfo Antonio Andrade, Jr. challenges the state supreme court's denial of the resentencing petition he filed regarding a sentence he received in the San Joaquin County Superior Court, which lies in the Eastern District of California.  Accordingly, this action is TRANSFERRED to the Eastern District of California, as that is the district of conviction and where sentence was imposed.  28 U.S.C. §§ 84(b), 1404(a), 2241(d).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:**  March 16, 2026

_____
RITA F. LIN
United States District Judge