UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODOLFO ANDRADE, | No. 2:26-cv-0937 DAD CSK P |
| Petitioner, | |
| v. | ORDER |
| CYNTHIA ROJOS, Warden, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. On April 7, 2026, this Court recommended that the petition be dismissed based on petitioner's claim that his 24 year prison sentence violated California's Racial Justice Act. (ECF No. 9.) On April 24, 2026, petitioner filed timely objections. (ECF No. 10.) Petitioner contends that the Court misconstrued his petition as solely challenging his sentence under the California Racial Justice Act, and contends that he also claims that the petition alleges that the state court arbitrarily rejected a supported claim of racial discrimination in violation of the Fourteenth Amendment Due Process and Equal Protection Clauses. Good cause appearing, the findings and recommendations are vacated, and respondent is directed to file a response to petitioner's habeas petition.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed April 07, 2026 (ECF No. 9) are vacated;

1

2.  Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  See Rule 4, 28 U.S.C. foll. § 2254.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  See Rule 5, 28 U.S.C. foll. § 2254;

3.  If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4.  If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter; and

5.  The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General.

Dated:  May 6, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/andr0937.100fee

2