UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODOLFO ANDRADE,

Petitioner,

v.

CYNTHIA ROJOS, Warden,

Respondent.

No. 2:26-cv-0937 DAD CSK P

ORDER

Petitioner is a state prisoner proceeding pro se. On July 1, 2026, respondent filed a motion to dismiss. (ECF No. 16.) On July 27, 2026, petitioner filed a request for status inquiring whether respondent had filed a responsive pleading, suggesting that petitioner did not receive a copy of respondent's motion to dismiss. (ECF No. 17.) Respondent's motion to dismiss is accompanied by a proof service indicating the motion was properly served on petitioner at his address of record. In an abundance of caution, the Court will serve a copy of the motion on petitioner and grant him an extension of time to file an opposition. Petitioner is cautioned that failure to file an opposition may result in a recommendation that the motion be granted. Good cause appearing, IT IS HEREBY ORDERED that:

1. Petitioner is granted an extension of time to file an opposition to respondent's motion to dismiss.

2. Petitioner shall file an opposition within twenty-one days from the date of this order.

3. The Clerk of the Court is directed to send petitioner a copy of respondent's motion to dismiss (ECF No. 16).

Dated: August 17, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/andr0937.111